**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA *ex rel.*, Lucyanne Okwomi, | ) ) ) | **Case No.   17-00226-CV-W-ODS** |
| Plaintiff, | ) ) | |
| vs. | ) ) ) | **FILED IN CAMERA AND UNDER SEAL PURSUANT TO 31 U.S.C. § 3730(b)** |
| COMPLETE HEALTH CARE SERVICES, P.A., | ) ) ) | |
| DR. SRINATH TADAKAMALLA, M.D., | ) ) | |
| and | ) ) | |
| DR. MALATHI TADAKAMALLA, M.D. | ) ) | |
| Defendants. | ) | |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

COMES NOW, the Plaintiff/Relator, Lucyanne Okwomi, in the above captioned case, by and through here undersigned counsel and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby stipulates that this action shall be dismissed without prejudice, The United States has advised it will separately file its written notice of consent to voluntary dismiss. This Notice of Voluntary Dismissal is filed before services of this action upon the Defendants.

Respectfully submitted,

**BRADY & ASSOCIATES**

*s/Mark A. Kistler*
Mark A. Kistler          MO $48442
Michael F. Brady       MO #47521
10985 Cody Street, Suite 135
Overland Park, KS  66210
(913) 696-0925
(913) 696-0468 *(Facsimile)*
mkistler@mbradylaw.com
brady@mbradylaw.com

**ATTORNEYS FOR RELATOR**

## CERTIFICATE OF SERVICE

I hereby certify on this 17th day of July, 2018, a copy of the above and foregoing was filed electronically with the Clerk of the Court via CM/ECF which sent notification to:

Lucinda S. Woolery, Esq.
Assistant United States Attorney
U.S. Attorney's Office
400 East 9th Street, Room 5510
Kansas City, Missouri 64106

*/s/Mark A. Kistler*
Mark A. Kistler

2