IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

UNITED STATES OF AMERICA ex rel., )
LUCYANNE OKWOMI, )
          )
    Plaintiff, )
          )
vs. )  Case No. 17-00226-CV-W-ODS
          )
COMPLETE HEALTH CARE )
SERVICES, P.A., et al., )
          )
    Defendants. )

## ORDER (1) DISMISSING CASE WITHOUT PREJUDICE, AND (2) UNSEALING CERTAIN DOCUMENTS

Relator Lucyanne Okwomi filed a Notice of Voluntary Dismissal Without Prejudice (Doc. #12), and the United States filed its Notice of Consent to Dismissal, pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(1).  Pursuant to the parties' filings, this action is dismissed without prejudice as to Relator Lucyanne Okwomi and the United States.  The seal shall be lifted on Relator's Complaint (Doc. #1), Relator's Notice of Voluntary Dismissal Without Prejudice (Doc. #12), the United States' Notice of Consent to Dismissal (Doc. #13).  This Order, and any subsequent filings in this case shall not be filed under seal.  All other contents of the Court's file in this action shall remain under seal and shall not be made public.

IT IS SO ORDERED.

DATE: July 25, 2018

/s/ Ortrie D. Smith
ORTRIE D. SMITH, SENIOR JUDGE
UNITED STATES DISTRICT COURT